DAVID I. DALBY (SBN: 114750)
JOHN T. MENO (SBN: 231238)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:    415-834-9070
Email: ddalby@hinshawlaw.com
         jmeno@hinshawlaw.com

Attorneys for Defendant
CREDIT CONTROL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA BAKER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CREDIT CONTROL SERVICES, INC.,<br><br>　　　　Defendant. | Case No.:  2:13-CV-01824-EFB<br><br>**ORDER**<br><br>Notice of Removal:  September 3, 2013 |

**IT IS HERBY ORDERED** that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.  Each party shall bear their own costs and fees.

DATED:  April 2, 2014.

　　　　　　　　　　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE